ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                     PAGE 1

**FILED**

JUN 06 2011

DAVID CREWS, CLERK
BY_____
                              Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Travis C. Hubbard
**Plaintiff**

v.                                          CASE NO.   1:11 CV 129-D-D

Oktibbeha Co. Sheriff Dept.
**Defendant**

## PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

   A. Legal name:                         Travis C. Hubbard

   B. Name under which sentenced:         Travis C. Hubbard

   C. Inmate identification number:

   D. Plaintiff's mailing address (street or    500 Greentree Dr. Apt M62
   post office box number, city, state, ZIP):   Columbus, Ms 39702

   E. Place of confinement:               Oktibbeha County Jail

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

   Name:                                  Dolph Bryan

   Title (Superintendent, Sheriff, etc.):  Sheriff

   Defendant's mailing address (street or    111 Dr. D.L. Conner Dr
   post office box number, city, state, ZIP)  Starkville, Ms 39759

ND Miss. Form P3, Complaint Challenging Conditions of Confinement (4/00)                                   PAGE 2

Name:                                              George Carruthers

Title (Superintendent, Sheriff, etc.):             Chief Deputy

Defendant's mailing address (street or             111 Dr. D. L. Conner Dr.
post office. box number, city, state, ZIP)         Starkville, Ms 39759

Name:                                              Jimmy Vaughu

Title (Superintendent, Sheriff, etc.):             Jail Administrator

Defendant's mailing address (street or             111 Dr. D. L. Conner Dr.
post office box number, city, state, ZIP)          Starkville, Ms 39759

Name:                                              _____

Title (Superintendent, Sheriff, etc.):             _____

Defendant's mailing address (street or             _____
post office box number, city, state, ZIP)          _____

(If additional Defendants are named, provide on separates sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3.  Have you commenced other lawsuits in any other court, ☐ Yes    ☑ No
    state or federal, dealing with or pertaining to the same facts
    that you allege in this lawsuit or otherwise relating to your
    imprisonment?

4.  If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

    A. Parties to the lawsuit:

        Plaintiff(s):       _____
        Defendant(s):       _____ N/A _____
    B. Court:               _____        C. Docket No.: _____
    D. Judge's Name:        _____        E. Date suit filed: _____
    F. Date decided:        _____        G. Result (affirmed, reversed, etc.): _____

5.  Is there a prisoner grievance procedure or sys-     ☐ Yes    ☑ No
    tem in the place of your confinement?

6.  If "Yes," did you present to the grievance sys-     ☐ Yes  N/A   ☐ No
    tem the same facts and issues you allege in
    this complaint? (See question 9, below).

7.  If you checked "Yes" in Question 6, answer the following
    questions:

A. Does the grievance system place a limit on the time within which a grievance must be presented?  ☐ Yes   N/A   ☐ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed?  ☐ Yes   N/A   ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

N/A

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

N/A

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                    PAGE 4

> **Special Note**: Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8.  If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

The Oktibbeha Co. Sheriff Department/ County Jail, doesn't provide a grievance system. They state that they don't use it.

9.  Write below, as briefly as possible, the **facts** of your case. Describe how **each** Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

1. I Travis C. Hubbard am currently being held in the Oktibbeha County Jail. I was arrested April 27, 2010 on a bench warrant/contempt of court for 6 counts Sale or Transfer of illegal Narcotics and 1 count Conspiracy. I have not had an initial appearance or preliminary hearing yet. State court rules mandate that anyone charged with a crime be taken before a judge within 48hrs for an initial appearance. I was indicted 8/3/09 without receiving a preliminary hearing. I have been incarcerated now for 398 days awaiting trial. Rights violated, I would like some assistance. Dolph Bryan, George Carruthers and Jimmy Vaughn are responsible for how this jail operates. Also, there's no proof of me committing this crime. 2. On 5/21/11 I injured my left knee on the Oktibbeha Co. Rec yard playing basketball. I informed shift supervisor Undra Peeples I needed to see a doctor. He contacted the on duty nurse Misty (last name unknown). She told them to give me some aspirin and ice for the swelling. I received medical attention 2 days later 5/23/11 from Dr. Anthony Micheal Drew. at his

ND Miss. Form P3, Complaint Challenging Conditions of Confinement (4/00)    PAGE 5

family practice center. X-ray taken and perscription for pain given. Sent back to jail with possible torn ligaments. Its been a week 5/23/11 - 5/30/11 I'm still waiting to go back to the doctor to see results of X-ray.

10.    State **briefly** exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

I need legal help with my situations. I want to file a lawsuit for compensation of everyday I've been incarcerated. I want dismissal of charges filed for violating my rights. I have a trial date set for 28 July 11 if something progress can be made by then I'd greatly appreciate it. I also would like for them to compensate me for my knee injury (doctor bills ect.). I might need surgery and rehab as well. They were reluctant getting me to a doctor on time. I fought for this country risked my life for 365 days. Operation Iraqi Freedom. I feel very unappreciated and neglected for the way this county has treated me and violated my rights. Other than what I mentioned please do whatever you think is suitable to help me with this matter. Thank You.

This Complaint was executed at (location):    Oktibbeha County Jail

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date:  5/31/11

Plaintiff's Signature

Case: 1:11-cv-00129-GHD-DAS Doc #: 1 Filed: 06/06/11 6 of 6 PageID #: 6

METRAVIS HUBBARD
111 DR. D. L. CONNER DR
Starkville, Ms 39759

RECEIVED

JUN - 6 2011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

United States District Court
Pro Se Law Clerk
P.O. Box 704
Aberdeen, Ms 39730

FOREVER
USA FIRST-CLASS